

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00315-CV

---

THE CITY OF AMARILLO, TEXAS AND JARED MILLER,
IN HIS OFFICIAL CAPACITY AS CITY MANAGER, APPELLANTS

V.

NATHAN SLOAN NUREK AND MICHAEL BRANDON STENNETT, APPELLEES

---

On Appeal from the County Court at Law No. 2
Potter County, Texas
Trial Court No. V-105821-00-2, Honorable Matthew H. Hand, Presiding

---

February 23, 2021

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellants, the City of Amarillo and Jared Miller in his official capacity as City Manager, appeal from the *Court's Final Order*. Appellee Michael Brandon Stennett has filed a cross-appeal. The *Court's Final Order* was signed by the trial court but does not bear the signature date. *See* TEX. R. CIV. P. 306a(2). Without this date, we are unable to determine whether the notices of appeal were timely filed. *See* TEX. R. APP. P. 26.1.

Accordingly, we abate this appeal and remand the cause to the trial court for entry of a judgment nunc pro tunc reflecting the date the trial court signed the *Court's Final Order*.  The trial court shall cause the judgment nunc pro tunc to be included in a supplemental clerk's record filed with the Clerk of this Court no later than March 25, 2021.

It is so ordered.

Per Curiam